# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-3904

_____

United States of America,                                  *
                                                           *
        Appellee,                                  *    Appeal from the United States
                                                           *    District Court for the
    v.                                                     *    Western District of Missouri
                                                           *
Howard Lane,                                               *    [UNPUBLISHED]
                                                           *
        Appellant.                                 *

_____

Submitted: September 7, 2007
Filed: September 13, 2007

_____

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

_____

PER CURIAM.

Following a hearing, the district court[1] ordered Howard Lane committed under 18 U.S.C. § 4245 to the custody of the Attorney General, for hospital care and treatment in a suitable facility until treatment is no longer needed or his sentence expires, whichever occurs first. Lane appeals. Having carefully reviewed the record, we are satisfied that the district court's findings as to Lane's condition and need for

_____

[1]The Honorable Richard E. Dorr, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the Honorable James C. England, United States Magistrate Judge for the Western District of Missouri.

mental-health treatment are not clearly erroneous. <u>See</u> 18 U.S.C. § 4245(d) (determination of mental illness and treatment need, and burden of proof); <u>United States v. Bean</u>, 373 F.3d 877, 879 (8th Cir. 2004) (standard of review). Accordingly, we affirm, and we grant counsel's motion to withdraw.

_____